FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 20 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
J&J SPORTS PRODUCTION, INC.,

                  Plaintiff,

-against-

CLASSY GRILL, INC. d/b/a CG LOUNGE, INC.,
and ANTHONY SERMONS,

                  Defendants.
-----------------------------------------------------------------x

**ORDER ADOPTING REPORT & RECOMMENDATION**

10-CV-1144 (ENV) (RLM)

**VITALIANO, D.J.**

    Before the Court is the Report and Recommendation of Magistrate Judge Roanne L. Mann (the "Report"), concluding that plaintiff be awarded judgment against defendants, jointly and severally, for $6,470.00 in damages and costs, after an inquest pursuant to the Court's order of default judgment on September 9, 2010. Prior to the default judgment, defendants had been properly served with the complaint and summons, as well as the plaintiff's motion for default judgment; subsequent mailings have been returned as undeliverable. Notwithstanding their repeated opportunities to contest this case, defendants never entered an appearance, never participated in the inquest, and filed no objections to the Report.

    Upon careful consideration of the Report, the Court adopts it in its entirety, and the Clerk of Court is directed to enter judgment accordingly and to close this case.

    SO ORDERED.

Dated: Brooklyn, New York
       June 16, 2011

                                              ERIC N. VITALIANO
                                              United States District Judge